IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY AUSTIN POOL,

    Plaintiff,                                        CV F 05 00639 AWI  WMW  P

  vs.                                                           <u>ORDER</u>

ROBERT HARO, et al.,

    Defendants.
_____/

      Defendants have requested an extension of time in which to file a response to the second amended complaint.  Good cause appearing, defendants motion is granted.  Defendants are granted an extension of time to June 17, 2005, in which to file a response to the second amended complaint.

IT IS SO ORDERED.

**Dated:   May 27, 2005**                              **/s/  William M. Wunderlich**
j14hj0                                                          UNITED STATES MAGISTRATE JUDGE