McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY AUSTIN POOL,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT HARO, et al.,<br><br>  Defendants. | 1:05-cv-00639 REC WMW P<br><br>**STIPULATION RE: LITIGATION SCHEDULE; [*PROPOSED*] ORDER RE: SAME** |

Plaintiff Terry Austin Pool ("Mr. Pool") and defendants Robert Haro, Mr. O'Brien, Mr. Shultz, Captain Moorehead, Lt. Cole, DHO-Officer D. Lorance, Alex Herrera, Lt. Lynn, Federal Bureau of Prisons and United States of America ("United States") stipulate to the following revised case schedule as specified below and respectfully request that the Court so approve.

This action comprises various constitutional claims alleged by Mr. Pool. The Court issued a single "Discovery Order, Scheduling Order" setting forth this case's litigation schedule on July 14, 2005. This prior order includes: (1) a March 16, 2006 Discovery Cut-Off Date, (2) an April 17, 2006 Deadline to Amend Pleadings and (3) a May 17, 2006 Dispositive Motion

1 Deadline.

2 The United States moved to dismiss plaintiffs' claims in
3 September 2005.  Mr. Pool opposed this motion in October 2005.
4 The Court's ruling on this motion remains pending.

5 Good cause exists in support of this stipulation.  The
6 parties propounded various sets of discovery on various dates
7 over the past several weeks.  As a result, various responses are
8 fast becoming due pursuant to the case's present litigation
9 schedule.  The scope of this action however is uncertain until
10 the Court rules on the above motion.  Accordingly, an extension
11 of this case's above-referenced litigation schedule three months
12 is warranted.  An extension of all parties' discovery response
13 deadlines from their various present deadlines pursuant to the
14 July 14, 2005 Order until forty five (45) days after the Court
15 issues its ruling on the pending motion to dismiss is further
warranted.

16 Based on the above, the parties hereby stipulate to the
17 continuance of this action's case schedule and discovery response
18 deadlines as specified below.  The parties also request the Court
19 to endorse this stipulation by way of formal order.

///

|  | Old Date | **New Date** |
|---|---|---|
| Discovery Responses Due: | Various Dates | **45 days after Issuance of Ruling Per Pending Motion to Dismiss** |
| Discovery Cut-Off Date: | March 16, 2006 | **June 15, 2006** |

2

| | | |
|---|---|---|
| Deadline to Amend Pleadings | April 17, 2006 | **July 17, 2006** |
| Dispositive Motion Deadline | May 17, 2006 | **August 16, 2006** |

Dated: February 17, 2006                    February 17, 2006

                    Respectfully submitted,

Terry Austin Pool                    McGREGOR W. SCOTT
                                  United States Attorney

**(As auth. 2/11/06)**

/s/ Terry Austin Pool                    /s/ Brian W. Enos
TERRY AUSTIN POOL                        BRIAN W. ENOS
Plaintiff, Pro Se                        Attorneys for
                                       United States of America

                                  IT IS SO ORDERED.

**Dated:   February 23, 2006**            **/s/  William M. Wunderlich**
j14hj0                                    UNITED STATES MAGISTRATE JUDGE

3