IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY POOL,

      Plaintiff,                         CV F 05 0639 REC WMW  P

  vs.                                   NOTICE OF ERRATA

ROBERT HARO, et al.,

      Defendants.

On March 9, 2006, findings and recommendations were entered, recommending that defendants' motion for summary judgment be granted.  Page 12, lines 5-6 should read as follows; "Claims 1,2,3,5 and 6 be dismissed for failure to state a claim upon which relief should be granted."

IT IS SO ORDERED.

**Dated:   March 10, 2006**            /s/  William M. Wunderlich
mmkd34                              UNITED STATES MAGISTRATE JUDGE

1