UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY AUSTIN POOL,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT HARO, et al.,<br><br>        Defendants. | 1:05-CV-0639 REC WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>TO FILE OBJECTIONS<br>(DOCUMENT #23) |

       Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On March 23, 2006, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

       Plaintiff is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   April 6, 2006**　　　　　　　　　　　/s/  William M. Wunderlich
j14hj0　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE