IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY AUSTIN POOL,

    Plaintiff,                       CV F 05 0639 OWW WMW   P

vs.                               ORDER

ROBERT HARO, et al.,

    Defendants.

      Currently pending before the District Court is the March 9, 2006, finding and recommendation.  On February 23, 2006, a stipulation and order was entered, setting a schedule for litigation.

      Accordingly, IT IS HEREBY ORDERED that the current litigation schedule is vacated. A new schedule for litigation will issue upon remand from the District Court.

IT IS SO ORDERED.

**Dated:   July 17, 2006**           **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE

1