UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY AUSTIN POOL, | ) | 1:05-cv-0639 OWW WMW P |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS ALLOWING |
| v. | ) | AMENDMENT OF COMPLAINT |
| | ) | |
| ROBERT HARO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This case is before the Court on the Findings and Recommendations of the Magistrate Judge filed March 9, 2006, recommending that Petitioner's suit be dismissed on various grounds.

The Magistrate Judge's analysis correctly shows that claims 4 and 7 have not been exhausted. The analysis also correctly shows that claims 1, 2, 3, 5, and 7 fail to state claims upon which relief can be granted under the provisions of Federal Rule of Civil Procedure 12(b)(6).

Plaintiff must be given the opportunity to amend his Complaint to eliminate the unexhausted claims under the authority of *Lira v. Herrera*, 427 F.3d 1164, 1176 (9th Cir. 2005).

Plaintiff is given one opportunity to file an amended

1

complaint in accordance with the requirements of law and the Federal Rules of Civil procedure.  Any amended complaint shall be filed within 26 days following the date of service of this Order.

IT IS SO ORDERED.

Dated:     October 5, 2006                    /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE