UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY AUSTIN POOL, | 1:05-CV-0639 OWW WMW P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO AMEND COMPLAINT |
| v. | (DOCUMENT #31) |
| ROBERT HARO, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). On October 23, 2006, plaintiff filed a request/motion to extend time to file an amended complaint pursuant to the Court's Order of October 6, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 15, 2006**          **/s/  William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE