UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY AUSTIN POOL, | ) | 1:05-CV-0639 OWW WMW P |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #33) |
| | ) | |
| ROBERT HARO, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

      Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241. On December 20, 2006, petitioner filed a motion to extend time to to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Petitioner is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   January 18, 2007**            /s/  William M. Wunderlich
j14hj0                                    UNITED STATES MAGISTRATE JUDGE