IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY AUSTIN POOL,

    Plaintiff,                                 CV F 05 0639 LJO  WMW  P

  vs.                                        FINDINGS AND RECOMMENDATION

ROBERT HARO,, et al.,

    Defendants.

        Plaintiff is a federal prisoner proceeding pro se in a civil rights action.

        By order filed October 6, 2006, the District Court adopted the findings and recommendations of the Magistrate Judge, dismissing claims 1,2,3,5 and 7 for failure to state a claim.[1]  The Magistrate Judge recommended dismissal of the remaining counts for failure to exhaust available administrative remedies prior to filing suit.  The District Court granted Plaintiff leave to file an amended complaint to eliminate the unexhausted claims.  As noted in the March 6, 2006, recommendation of dismissal, claim six is a re-articulation of the fourth claim, which was dismissed for failure to exhaust.   There are no remaining unexhausted claims.  This action should therefore be dismissed.

---

[1] The March 9, 2006, finding and recommendation indicated that claim six is a re-articulation of Plaintiff's fourth claim.

1

1  Accordingly, the court HEREBY RECOMMENDS that this action be dismissed for
2  plaintiff's failure to state a claim as to claims 1,2,3,5 and 7, for plaintiff's failure to exhaust his
3  available administrative remedies as to claims 4 and 6.
4  These findings and recommendations are submitted to the United States District
5  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b) (1).  Within
6  twenty days after being served with these findings and recommendations, Plaintiff may file
7  written objections with the court.   Such a document should be captioned "Objections to
8  Magistrate Judge's Findings and Recommendations."   Plaintiff is advised that failure to file
9  objections within the specified time may waive the right to appeal the District Court's order.
10 Martinez v. Y1st, 951 F.2d 1153 (9th Cir. 1991).

14 IT IS SO ORDERED.

15 **Dated:     March 8, 2007**              **/s/  William M. Wunderlich**
   mmkd34                                  UNITED STATES MAGISTRATE JUDGE

2